ROBERT PATRICK STICHT
Cal. State Bar No. 138586
Law Offices of Robert Patrick Sticht
P.O. Box 49457
Los Angeles, CA 90049

Tel: (310) 889-1950
Fax: (310) 889-1864
E-mail: LORPS@verizon.net

Attorney for Defendant,
ANTOINETTE RAMIREZ

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 11-935-R-27 |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ANTOINETTE RAMIREZ, | |
| (Arthur Delvalle, et al.) | |
| Defendants. | |

**GOOD CAUSE APPEARING** and the matter having been considered,

**IT IS ORDERED** that Defendant Antoinette Ramirez's request for leave to join in motions to suppress evidence filed by defendant Wilfred Garcia (Docs. 371-374), and her request to shorten time, are GRANTED.

Dated: March 19, 2012

_____
HONORABLE MANUEL L. REAL
United States District Judge